**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor Wardell WRIGHT,**
**Defendant–Appellant.**

**No. 10–6914.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

Victor Wardell Wright, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Wardell Wright appeals the district court's order denying his Fed. R.Civ.P. 52(b) motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *Wright v. United States,* Nos. 8:06–cr–00038–DKC–1, 8:08–cv–02830–DKC (D. Md. June 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*